**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

March 10, 2026

Joshua Agins
Hodgson Russ LLP
By email: jagins@hodgsonruss.com

Re: *Abdulhaqq v. Sarah Lawrence et al.*
7:25-cv-06442

Dear  Mr. Agins:                    :

I am counsel to the Plaintiffs in the above titled case, and write you with a proposal to meet and confer to discuss some appropriate arrangements to resolve issues in this matter.

The records Sarah Lawrence College maintains on the student plaintiffs are indisputably FERPA-protected, *Austin v Fordham Univ.*, 2024 US Dist LEXIS 62049 (SDNY Apr. 4, 2024),  and students have a right under 34 CFR § 99.30 to obtain copies. Also, all these documents will certainly be discoverable later in litigation, whether in the above-titled federal case or in a state action if the federal case is dismissed.

I therefore request that we arrange a time for me to inspect all FERPA-protected files, communications and documents maintained by Sarah Lawrence in connection with any of the Plaintiffs herein, that relate to student conduct proceedings for pro-Palestinian expression, request from or disclosures to the House Committee on Education and the Workforce, or communications with the Committee about these matters.

If you wish, we can execute a standard form litigation nondisclosure agreement in advance of my inspection, providing that these documents are confidential and that files pertaining to a student may only be disclosed to that individual.

I would also propose that we schedule the inspection within thirty days from now, as I intend to use any pertinent results (under seal if necessary) to oppose the House Committee's motion to dismiss on Speech and Debate Clause grounds.

I hope we can work something out on a basis of professionalism and courtesy, but will also mention that I reserve the right, in the event of noncooperation, to follow up with a Rule 11 safe harbor letter, and to seek legal fees for any motion practice needed later to obtain disclosure.

*I have no help to send, therefore I must go myself*

Please let me know when we might schedule a time to discuss this on the phone.

Sincerely,

/s/ Jonathan Wallace

*I have no help to send, therefore I must go myself*