**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NURAH ABDULHAQQ, *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> SARAH LAWRENCE COLLEGE, *et al.,* <br><br> *Defendants*. | Case No. 7:25-cv-06442-CS |

**NOTICE OF CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), and for the reasons set forth in the accompanying Memorandum of Points and Authorities, Congressional Defendants, the Committee on Education and Workforce of the U.S. House of Representatives and its Chairman Tim Walberg, move for an Order dismissing Count I of Plaintiffs' First Amended Complaint, ECF 25.

Respectfully submitted,

/s/ Matthew Berry
MATTHEW B. BERRY
    General Counsel
TODD B. TATELMAN
    Deputy General Counsel
ANDY T. WANG
    Associate General Counsel
KENNETH C. DAINES
    Assistant General Counsel

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
matthew.berry@mail.house.gov

Counsel for Congressional Defendants

April 20, 2026

**CERTIFICATE OF SERVICE**

I certify that on April 20, 2026, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties, and one courtesy hard copy of this document, the Memorandum of Points and Authorities, and the Declaration of Kent Talbert, to be mailed to the below address pursuant to the Court's Individual Rules of Practice 1.E and 2.B.ii:

Chambers of The Honorable Cathy Seibel
U.S. District Judge for the Southern District of New York
The Honorable Charles L. Brieant, Jr. Federal Building and United States Courthouse
300 Quarropas Street
Room 633
White Plains, NY 10601-4150

/s/ *Matthew Berry*
Matthew Berry