**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

NURAH ABDULHAQQ, *et al.*,

                      *Plaintiffs*,

    v.

SARAH LAWRENCE COLLEGE, *et al.,*

                     *Defendants.*

Case No. 7:25-cv-06442-CS

**DECLARATION OF KENT TALBERT IN SUPPORT OF
CONGRESSIONAL DEFENDANTS' MOTION TO DISMISS**

I, Kent Talbert, pursuant to the provisions of 28 U.S.C. § 1746, declare and say:

1.      I am Investigative Counsel for the Committee on Education and Workforce of the U.S. House of Representatives (Committee).  I have served in this capacity since February 2023.

2.      Attached as Exhibit A is a true and correct copy of Letter from Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al., to Dr. Cristle Collins Judd, President, Sarah Lawrence Coll., et al. (Mar. 27, 2025).

3.      Attached as Exhibit B is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (Apr. 22, 2025).

4.      Attached as Exhibit C is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (May 14, 2025).

5.      Attached as Exhibit D is a true and correct copy of Letter from Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al., to Dr. Cristle Collins Judd,

President, Sarah Lawrence Coll., et al. (June 11, 2025).

6. Attached as Exhibit E is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (June 25, 2025).

7. Attached as Exhibit F is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (July 16, 2025).

8. Attached as Exhibit G is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (Aug. 6, 2025).

9. Attached as Exhibit H is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (Aug. 28, 2025).

10. Attached as Exhibit I is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (Oct. 1, 2025).

11. Attached as Exhibit J is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (Nov. 4, 2025).

12. Attached as Exhibit K is a true and correct copy of Letter from Susanne Sachsman Grooms, Couns. for Sarah Lawrence Coll., to Rep. Tim Walberg, Chairman, H. Comm. on Educ. and Workforce, et al. (Dec. 19, 2025).

13. My understanding of the Committee's interactions with Sarah Lawrence College

is that prior to producing documents to the Committee, Sarah Lawrence College redacted all student names and other personally identifiable information (PII) from the documents it produced.  I have personally reviewed documents produced by Sarah Lawrence College to the Committee.  To the best of my knowledge and recollection, no document I have reviewed contains unredacted student names or student PII, and I am unaware of any document that contains unredacted student names or student PII.

14.     In light of Sarah Lawrence College's production of documents to the Committee (detailed above), the Committee and its Chairman, Representative Tim Walberg, do not have any pending or future requests for documents from Sarah Lawrence College, including any requests for unredacted versions of previously produced documents.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 20, 2026 in Washington, D.C.

*/s/ Kent Talbert*
Kent Talbert