# Exhibit A



MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
ERIN HOUCHIN, INDIANA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA

### COMMITTEE ON EDUCATION AND WORKFORCE
U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515-6100

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

RAÚL M. GRIJALVA, ARIZONA
JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN W. MANNION, NEW YORK

March 27, 2025

Dr. Cristle Collins Judd
President
Sarah Lawrence College
1 Mead Way
Bronxville, NY 10708

Ms. Meryl Rosen
Chair, Board of Trustees
Sarah Lawrence College
1 Mead Way
Bronxville, NY 10708

Dear Dr. Judd and Ms. Rosen:

College leaders have failed in responding to the explosion of antisemitism on campuses nationwide following the October 7, 2023, terrorist attack by Hamas on Israel. The Committee on Education and Workforce (the Committee) has significant concerns regarding antisemitism at Sarah Lawrence College (SLC) and questions regarding SLC's response to antisemitism on its campus, including the recent November 2024 takeover of SLC's main administrative building and the accompanying establishment of an encampment, which actions resulted in SLC granting two major demands from encampment organizers.

From November 21 to November 27, 2024, SLC Students for Justice in Palestine (SLC SJP) and the SLC Divestment Coalition took over and occupied Westlands, the college's main administrative building, and built an encampment outside it.[1] Students hung posters in Westlands with flagrant messages, including "Long live the Intifada" and "Peace is a white man's word. Liberation is our word." Pamphlets circulated at the encampment supported terrorism and featured images of Hamas leader Yahya Sinwar and an assault rifle.[2] Encampment organizers

---

[1] SLC describes Westlands as "the heart of the Sarah Lawrence College campus." Westlands houses SLC's offices of the president, provost, registrar, and admissions among others.

[2] @thestustudio, TWITTER (Nov. 22, 2024, 2:49 PM), https://x.com/thestustustudio/status/1860047993329926301?s=46; @unityoffields, TWITTER (Nov. 26, 2024, 2:39 PM), https://x.com/unityoffields/status/1861494985192784126/photo/2.

Dr. Judd and Ms. Rosen
March 27, 2025
Page 2 of 4

acknowledged that the building occupation was orchestrated to answer Hamas' call for escalation.[3]

SLC allowed this building takeover and encampment to persist for a week before yielding to encampment organizers' demands. Encampment organizers demanded that they not face disciplinary conduct charges. Further, as part of their call for SLC to divest from Israeli companies, encampment organizers sought information on which such companies were included in the school's investment portfolio.[4] SLC gave in to both of these demands, which led to  SLC SJP touting the concessions granted by the college as a victory, writing that "[t]he events of the past week have energized our campus and the larger Student Intifada, and we are not slowing down."[5]

These recent events at SLC are part of an unprecedented wave of campus antisemitism across the United States. The Anti-Defamation League (ADL) identified at least 1,200 antisemitic incidents on postsecondary campuses between October 7, 2023, and September 24, 2024, representing a 500 percent increase over the same period the previous year.[6] The ADL also found that 83 percent of Jewish college students have personally experienced or witnessed antisemitism since the October 7 attack.[7]

Further, SLC's acquiescence to organizers'/perpetrators' demands is an all too familiar dynamic which only encourages such antisemitic incidents.  The Committee's October 2024 report, "Antisemitism on College Campuses Exposed," documented how college leaders have failed in their duty to combat antisemitism explicitly by refusing to enforce their rules and hold violators of conduct rules accountable, capitulating to the organizers of antisemitic encampments, and lifting disciplinary sanctions under pressure from students and faculty. The report found that "[a]t every school investigated by the Committee, the overwhelming majority of students facing disciplinary action for antisemitic harassment or other violations of policy received only minimal discipline."[8]

The occupation of Westlands and the accompanying encampment followed a series of other actions by SLC encouraging antisemitic conduct. SLC's Director of Diversity, Equity, Inclusion, and Belonging urged students to attend an October 9, 2023, SLC SJP "Hour of Solidarity with

---

[3] Steve McGuire (@sfmcguire79), TWITTER (Dec. 8, 2024, 12:04 PM), https://x.com/sfmcguire79/status/1865804556166205503?s=46.

[4] Sarah Lawrence College Students for Justice in Palestine (@slc.sjp), INSTAGRAM (Nov. 28, 2024), https://www.instagram.com/p/DC7J7gNxr-k/?img_index=2.

[5] *Id.*, https://www.instagram.com/p/DC7J7gNxr-k/?img_index=2.

[6] *Over 10,000 Antisemitic Incidents Recorded in the U.S. since Oct. 7, 2023, According to ADL Preliminary Data*, Anti-Defamation League (ADL) (Oct. 6, 2024), https://www.adl.org/resources/press-release/over-10000-antisemitic-incidents-recorded-us-oct-7-2023-according-adl.

[7] *83% of Jewish College Students Have Experienced or Witnessed Antisemitism Firsthand Since Oct. 7 Attack, Survey Finds*, ADL (Jan. 30, 2025), https://www.adl.org/resources/press-release/83-jewish-college-students-have-experienced-or-witnessed-antisemitism.

[8] REPUBLICAN STAFF REP. OF H. COMM. ON EDUC. AND THE WORKFORCE, 118th CONG., ANTISEMTISM ON COLLEGE CAMPUSES EXPOSED (2024), https://edworkforce.house.gov/uploadedfiles/10.30.24_committee_on_education_and_the_workforce_republican_staff_report_-_antisemitism_on_college_campuses_exposed.pdf.

Dr. Judd and Ms. Rosen
March 27, 2025
Page 3 of 4

Palestine" event which glorified the October 7th attack.[9] SLC also honored SLC SJP with a "Group Excellence Award" at its April 2024 Annual Leadership Awards ceremony despite SLC SJP having engaged in numerous instances of antisemitic activity, including marches on campus showing "from the river to the sea," and posting of numerous antisemitic messages on social media.[10]

Jewish SLC students and faculty have decried the college's permissiveness toward antisemitism. An anonymous Jewish SLC student wrote, "Antisemitism…is simply now becoming a normalized ideology in many of [my fellow students'] heads again. There is simply hate towards Jews on this campus…antisemitism is being only seen and felt by Jews on this campus who its directly affecting because barely any students blink an eye to it anymore."[11] Jewish SLC professor Samuel J. Abrams wrote that "SLC has failed in its core mission of being an educational institution…Sarah Lawrence College has fallen as a direct result of educational malpractice and disastrous leadership by the school's president."[12]

Postsecondary institutions that receive federal support are responsible for maintaining a safe learning environment and fulfilling their statutory obligations under Title VI of the *Civil Rights Act* to properly address discrimination and harassment and to prevent the creation of a hostile environment. The Committee will not stand by while colleges allow antisemitism to flourish on their campuses.

To understand whether SLC is fulfilling its obligations, please produce the following items **no later than 12:00 p.m. EDT on April 10, 2025:**

1. All documents related to disciplinary action taken against students or faculty involved in the November 2024 takeover and occupation of Westlands and the accompanying encampment. Include all documents, including e-mail communication, related to disciplinary action, including but not limited to suspensions, expulsions, and written or verbal reprimands;

2. A detailed description of the agreement reached between SLC and encampment participants which resulted in the encampment disbanding and all documents memorializing and relating to the agreement. Include all terms and understandings agreed to by SLC and encampment participants;

3. All documents and communications referring or relating to the selection of SLC SJP for a "Group Excellence Award" at SLC's April 2024 Annual Leadership Awards ceremony; and

---

[9] Complaint re: Violation of Title VI of the Civil Rights Act by Sarah Lawrence College (March 11, 2024) at 17-21.
[10] Supplement to Title VI Complaint against Sarah Lawrence College Case No. 02-24-2276 (June 18, 2024) at 2-7.
[11] Steve McGuire (@sfmcguire79), TWITTER (Dec. 9, 2024, 12:22 PM), https://x.com/sfmcguire79/status/1866171602573889679.
[12] Samuel J. Abrams, *Sarah Lawrence Has Fallen*, American Enterprise Institute (Nov. 25, 2024), https://www.aei.org/op-eds/sarah-lawrence-has-fallen/.

Dr. Judd and Ms. Rosen
March 27, 2025
Page 4 of 4

4. A list of all student disciplinary or conduct cases relating to alleged antisemitic incidents[13] since October 7, 2023, and/or conduct cases since October 7, 2023. Please include the date, a description of the incident, the undergraduate or graduate status and school of the alleged perpetrator, the entity or entities responsible for reviewing the case, the disciplinary process/processes being used to review the case, case status, actions taken by SLC to date (including any modification of proposed or imposed discipline), and the standing of the alleged perpetrator (including good standing, suspended, expelled). Please also identify all instances in which alleged perpetrators were involved in previous disciplinary incidents.

Congress' oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court.[14] Under House Rule X, the Committee has legislative and oversight jurisdiction over "education or labor generally."[15] When producing documents, do not alter them in any way, including but not limited to the application of redactions or watermarks. Additionally, digital copies should be provided in a format that enables their printing and copying.

Should you have any questions, please contact Kent Talbert at kent.talbert@mail.house.gov or 202-225-4527.

Sincerely,

Tim Walberg
Chairman
Committee on Education and Workforce

Burgess Owens
Chairman
Subcommittee on Higher Education and
Workforce Development

Enclosure (Instructions)

CC: The Hon. Linda McMahon, Secretary of Education
    The Hon. Pamela Bondi, Attorney General

---

[13] The term antisemitic incidents should be understood to include any incidents involving the targeting of Jews, Judaism, Israel, Israelis, Zionism, and/or Zionists, or incidents otherwise identified as antisemitic.

[14] *See generally* U.S. CONST. art. I, § 8, cl. 8; *McGrain v. Daugherty*, 273 U.S. 135, 174 (1927) (holding that "the power of inquiry—with process to enforce it—is an essential and appropriate auxiliary to the legislative function"); *Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 504 (1975) (holding that "the power to investigate is inherent in the power to make laws"); *Barenblatt v. United States*, 360 U.S. 109, 111 (1959) (holding that "the scope of power of inquiry … is as penetrating and far-reaching as the potential power to enact and appropriate under the Constitution.").

[15] RULES OF THE HOUSE OF REPRESENTATIVES, 119th Cong. at 7 (Jan. 16, 2025), https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.