# Exhibit B

# Cooley

Susanne Sachsman Grooms
T: +1 202 776 2358
sgrooms@cooley.com

**CONFIDENTIAL**
Via Email

April 22, 2025

The Honorable Tim Walberg
Chairman, Committee on Education and Workforce
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

The Honorable Burgess Owens
Chairman, Subcommittee on Higher Education and Workforce Development
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

Dear Chairman Walberg and Chairman Owens:

My firm, Cooley LLP, and I represent Sarah Lawrence College ("Sarah Lawrence" or the "College") in response to the Committee's letter of March 27, 2025. The College appreciates the opportunity to answer your questions and is working diligently to respond to your requests.

Founded in 1926, Sarah Lawrence College is a small, coeducational, liberal arts college located in Westchester County, New York. Each year, it is home to approximately 1,400 undergraduate students and 250 graduate students. Sarah Lawrence is known for its pioneering approach to education, which requires each student to work one-on-one with faculty advisors to create a rigorous, individualized course of study across a wide array of disciplines. Through this approach, Sarah Lawrence seeks to prepare its students to thrive in a complex and rapidly evolving world.

Sarah Lawrence is committed to providing an environment in which all students—regardless of background, belief, or circumstance—have the unimpeded opportunity to actively and fully participate in the educational experience that is the center of the College's mission. Student safety and well-being are fundamental components of such an environment, and College policies and codes of conduct reflecting the College's guiding "Principles for Mutual Respect" reinforce these fundamental requirements. No one is allowed to threaten, harass, or intimidate any other member of the campus community. Students cannot learn if they fear for their safety.

Sarah Lawrence is committed to fostering an environment of honest, open and respectful inquiry, dialogue, and debate. These principles of academic freedom and expression are also

# Cooley

The Honorable Tim Walberg
April 22, 2025
Page Two

critical to achieving the College's mission of nurturing critical thought, inspiring intellectual courage, and preparing students to be engaged citizens and leaders in contemporary society. Creating and maintaining this type of robust but respectful learning environment is challenging in the best of times, and even more so when confronting geopolitical events to which members of a community have deep, complex, sometimes divergent, and often multi-generational connections.

There has been an alarming rise in antisemitism nationwide in the wake of the October 7, 2023 Hamas terrorist attack, including on college campuses. Sarah Lawrence has not been immune from this. The College takes the unequivocal position that there is no place for antisemitism or hate speech of any kind on its campus. President Judd has unquestionably and repeatedly condemned antisemitism and has communicated that the College understands that strong words are not enough, and that it is necessary to take action on campus to ensure that Jewish students feel safe and supported.

Before October 7, 2023, Sarah Lawrence had worked with students since 2019 to create new space to provide support for Jewish and other religious students at the College. These plans officially launched in the spring of 2023 with the decision to renovate a beloved building on campus into the HUB (a center for Humanity, Understanding, and Belonging) that would include a new spiritual space and a kosher/halal kitchen for student use and other campus functions. The College's work to support its students has intensified and broadened in scope since the October 7, 2023 terrorist attacks, with Sarah Lawrence's President and Dean of Students holding ongoing meetings with various groups of students and student leaders. In early November 2023, the College formed a campus council consisting of various Jewish student groups, including SLC-Hillel, HuJews (Humanistic Jews), and other interested students, to ensure that campus leadership was hearing student experiences and working with students to develop and implement productive solutions. For instance, this council of Jewish student groups requested that the College include antisemitism awareness training in its new student orientation program and offer programming on media bias and misinformation. Both initiatives were readily developed and adopted by the College with significant student input. The College updated and strengthened its bias incident reporting system and response protocol. College leadership actively engaged Jewish students in the continued development of the HUB, which now serves as a space for meeting and greeting, for intercultural dialogue and programming, for difficult conversations, for preparing and sharing food, and for building a tight-knit supportive community. The HUB, which opened in September 2024, has been a place of great purpose for the College community.

For the last eighteen months, the College has sought to address issues openly and forthrightly and to learn from, adapt to, and improve its response to the Sarah Lawrence community when necessary. For instance, shortly after the present conflict began, four faculty members convened a forum on Israel and Palestine to offer students a deeper understanding of the historical, legal, and political dimensions of the conflict.

# Cooley

The Honorable Tim Walberg
April 22, 2025
Page Three

The Committee has asked about the College's response to an encampment on campus in November 2024. As background, in the early morning hours of November 21, a small group of students occupied Westlands, the main administrative building on campus, by barricading several entrances to the building and hanging signs within. Sarah Lawrence's Dean of Students was in contact with the students shortly thereafter, advising them of various safety and code of conduct concerns and insisting they remove any barriers to points of entry and exit. He remained in contact with the students throughout the day. In addition, Campus Safety officers were onsite at all times monitoring the situation inside and around the building. President Judd, the Dean of Students, and the College's Vice President of Finance and Operations met with some of the students late that afternoon. They affirmed President Judd's prior statement that divestment was not being considered and explained that the College could provide more public information about its investment portfolio. By 6:30 p.m., around the usual time Westlands closes for business each day, the students removed their signs and other materials and left the building. They did not return to Westlands to engage in protest activity after vacating the building that evening, and a later inspection of Westlands revealed that no damage was done to the building.

A handful of tents were erected outside Westlands on the South Lawn of campus. The next morning, President Judd emailed the College community to advise them of the tents on the South Lawn, the events of the previous day, and that Westlands was open and operating as usual. While affirming that "peaceful protest has long been a part of Sarah Lawrence's history," she made "equally clear that some of yesterday's actions crossed lines in ways that cannot be ignored or condoned." She affirmed that students who violated College policy or threatened the health or safety of the community would be subject to disciplinary action, and that staff would be monitoring the encampment for health and safety concerns or policy violations.

Over the next three days, Sarah Lawrence's Dean of Students remained in close contact with the students on the South Lawn, and Campus Safety conducted regular health and safety checks. On November 23, the Dean of Students sent a campus-wide email affirming that Campus Safety would be continuing health and safety checks at the encampment site, during which they would be checking identification and for any items that might pose a health or safety concern. On the afternoon of November 25, President Judd, the Dean of Students, and the Vice President of Finance and Operations met with students from the encampment and student body leadership. After this meeting, the Dean of Students memorialized the discussion in an email reflecting that the encampment on the South Lawn would be removed by noon on Wednesday, November 27; the College's Board of Trustees would not reconsider its investment strategy but would educate students about the endowment by providing additional information; and that students would not be disciplined for participation in the encampment itself, but that any policy violations that had occurred during the time of the encampment and Westlands occupation would be addressed through the College's student conduct process.

Later that evening, President Judd updated the Sarah Lawrence community. Consistent with the Dean of Students' email, she explained that the encampment would be dismantled by

# Cooley

The Honorable Tim Walberg
April 22, 2025
Page Four

noon on November 27. She noted that the question of divestment was not being reconsidered by the Board of Trustees, and, in the spirit of greater transparency, the College would add additional information to the webpage on its endowment and coordinate a community discussion about the endowment's "purpose, structure, investment holdings, and legal constraints." She also reiterated that "peaceful protest has long been a part of Sarah Lawrence's history, but certain actions have crossed lines in ways that will not be ignored or condoned." The College did not agree to the protest organizers' demands for divestment; instead, it elected to engage in productive dialogue that, consistent with its educational mission, focused on "providing space for learning, reflection, and respectful engagement that can better equip all of [the Sarah Lawrence community] to grapple with the complexities of the world we share." The College also did not agree to forego disciplinary action; on the contrary, it made clear that disciplinary violations would "not be ignored" while recognizing that they would not punish the students for protest activities that did not violate school policies. Several students involved in the encampment and Westlands occupation were referred to the student conduct process, resulting in disciplinary action for nine students that included disciplinary probation and mandatory educational training. All student appeals of their disciplinary penalties were denied.

The Committee has also asked about the selection of Sarah Lawrence College Students for Justice in Palestine ("SLC SJP") for a Group Excellence Award at a Student Leadership and Academic Prize Award ceremony held in April 2024, several months before the encampment. Nominations for awards are solicited from the campus community by the College's Office of Student Involvement and Leadership ("OSIL") and students and student organizations are selected for awards based on their work both on and off campus. SLC SJP was one of a handful of student organizations nominated for an award in spring 2024, and a decision was made by OSIL to recognize all of the student organizations nominated. Prior to doing so, a review was done to make sure that each organization was in good standing with OSIL and had not been charged with violating any College policies.

As part of the College's good-faith efforts to comply with the Committee's requests, we are producing today responsive materials, enclosed herein and Bates numbered SLC-0000001 through SLC-0000260. This production contains responsive, non-privileged documents that we have identified through a reasonable process based on our understanding of your requests, given the Committee's request for documents on an expedited basis, and with information directly related to students redacted consistent with federal privacy protections.

In providing these documents, the College does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objection to the Committee's requests. We additionally ask, as a professional courtesy, that the Committee communicate with us prior to any public release of the College's documents or information within them to provide us with an opportunity to identify specific sensitivities and request additional redactions.

# Cooley

The Honorable Tim Walberg
April 22, 2025
Page Five

      If you have any questions regarding this matter, or need any additional information, please do not hesitate to contact me.

Sincerely,

Susanne Sachsman Grooms

Enclosures

CC:

The Honorable Robert C. "Bobby" Scott
Ranking Member, Committee on Education and the Workforce

Cooley LLP    1299 Pennsylvania Avenue NW    Suite 700    Washington, DC    20004-2400
t: +1 202 842 7800  f: +1 202 842 7899  cooley.com