# Exhibit C



Susanne Sachsman Grooms                                   **CONFIDENTIAL**
T: +1 202 776 2358                                        Via Email
sgrooms@cooley.com


May 14, 2025

The Honorable Tim Walberg
Chairman, Committee on Education and Workforce
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

The Honorable Burgess Owens
Chairman, Subcommittee on Higher Education and Workforce Development
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

Dear Chairman Walberg and Chairman Owens:

My firm, Cooley LLP, and I represent Sarah Lawrence College ("SLC" or the "College") in response to the Committee's letter of March 27, 2025. The College appreciates the opportunity to answer your questions and has continued to work diligently to respond to your requests.

As stated in the College's letter to the Committee dated April 22, 2025, nine students involved in the occupation of Westlands and the South Lawn encampment were referred to the student conduct process. As shown in the chart that we are producing today, there were several charges related to the occupation of Westlands on November 21, 2024. All nine students were found responsible for those charges and sanctioned with disciplinary probation and a mandatory educational program. The sanctions imposed on the students reflected the understanding, explained by SLC's Dean of Students in previously produced email communications, that violations of policies related to the Westlands occupation would be referred to the student conduct process and that the hearing officer or panel would consider as a mitigating factor the fact that the students had eventually complied with health and safety requests and, further, that their conduct would not result in housing removal or suspension. As noted in our prior letter, students removed their signs and other materials and left Westlands by around 6:30 p.m. on November 21, 2024. They did not return to Westlands to engage in protest activity after vacating the building that evening, and a later inspection revealed that no damage was done to the building.

As part of the College's good-faith efforts to comply with the Committee's requests, we are producing today responsive materials, enclosed herein and Bates numbered SLC-0000261 through SLC-0000269. This production contains responsive, non-privileged documents that we have identified through a reasonable process based on our understanding of your requests, given

# Cooley

The Honorable Tim Walberg
May 14, 2025
Page Two

the Committee's request for documents on an expedited basis, and with information directly related to students redacted consistent with federal privacy protections.

In providing these documents, the College does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objection to the Committee's requests. We additionally ask, as a professional courtesy, that the Committee communicate with us prior to any public release of the College's documents or information within them to provide us with an opportunity to identify specific sensitivities and request additional redactions.

If you have any questions regarding this matter, or need any additional information, please do not hesitate to contact me.

Sincerely,

Susanne Sachsman Grooms

Enclosures

CC:

The Honorable Robert C. "Bobby" Scott
Ranking Member, Committee on Education and the Workforce