# Exhibit D



MAJORITY MEMBERS:

TIM WALBERG, MICHIGAN, *Chairman*

JOE WILSON, SOUTH CAROLINA
VIRGINIA FOXX, NORTH CAROLINA
GLENN THOMPSON, PENNSYLVANIA
GLENN GROTHMAN, WISCONSIN
ELISE M. STEFANIK, NEW YORK
RICK W. ALLEN, GEORGIA
JAMES COMER, KENTUCKY
BURGESS OWENS, UTAH
LISA C. MCCLAIN, MICHIGAN
MARY E. MILLER, ILLINOIS
JULIA LETLOW, LOUISIANA
KEVIN KILEY, CALIFORNIA
MICHAEL RULLI, OHIO
JAMES C. MOYLAN, GUAM
ROBERT F. ONDER, JR., MISSOURI
RYAN MACKENZIE, PENNSYLVANIA
MICHAEL BAUMGARTNER, WASHINGTON
MARK HARRIS, NORTH CAROLINA
MARK B. MESSMER, INDIANA
RANDY FINE, FLORIDA

COMMITTEE ON
EDUCATION AND WORKFORCE
U.S. HOUSE OF REPRESENTATIVES
2176 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6100

MINORITY MEMBERS:

ROBERT C. "BOBBY" SCOTT, VIRGINIA,
*Ranking Member*

JOE COURTNEY, CONNECTICUT
FREDERICA S. WILSON, FLORIDA
SUZANNE BONAMICI, OREGON
MARK TAKANO, CALIFORNIA
ALMA S. ADAMS, NORTH CAROLINA
MARK DESAULNIER, CALIFORNIA
DONALD NORCROSS, NEW JERSEY
LUCY MCBATH, GEORGIA
JAHANA HAYES, CONNECTICUT
ILHAN OMAR, MINNESOTA
HALEY M. STEVENS, MICHIGAN
GREG CASAR, TEXAS
SUMMER L. LEE, PENNSYLVANIA
JOHN W. MANNION, NEW YORK
*VACANCY*

June 11, 2025

Dr. Cristle Collins Judd                         Ms. Meryl Rosen
President                                        Chair, Board of Trustees
Sarah Lawrence College                           Sarah Lawrence College
1 Mead Way                                       1 Mead Way
Bronxville, NY 10708                             Bronxville, NY 10708

Dear Dr. Judd and Ms. Rosen:

The Committee on Education and Workforce (Committee) is continuing to investigate and gather information about the rise of antisemitism on college campuses, including reported antisemitic incidents at Sarah Lawrence College (Sarah Lawrence). On March 27, the Committee sent a letter to Sarah Lawrence requesting documents related to its response to antisemitism. Although we recognize your response to our letter, our investigation has raised additional questions regarding the environment Jewish students have faced on campus,[1] prompting the need for additional information. This investigation, including through a review of the documents requested below, will inform the Committee's consideration of whether there is a need for legislative reforms to protect Jewish students on college campuses, and if so, what those reforms should be.

Reports indicate that Sammy Tweedy, a Jewish student who had been harassed and bullied throughout the 2022-2023 academic year, received violent and threatening text messages from members of Sarah Lawrence's chapter of Students for Justice in Palestine (SJP) after the October 7, 2023, terrorist attack on Israel.[2] This included a message telling him that he "should have been

---

[1] Samuel J. Abrams, *Sarah Lawrence's Hollow Promises – 'Inclusion' Excludes Jews*, MINDING THE CAMPUS (Feb. 11, 2025), https://www.mindingthecampus.org/2025/02/11/sarah-lawrences-hollow-promises-inclusion-excludes-jews/.

[2] Gabe Friedman, *Sammy Tweedy, Son of Wilco Frontman, Became a 'Pariah' on his College Campus After Speaking Up for Israel*, JEWISH TELEGRAPHIC AGENCY (Nov. 15, 2023 9:22 PM), https://www.jta.org/2023/11/15/united-states/jeff-tweedys-son-became-a-pariah-on-his-college-campus-after-speaking-up-for-israel; Haley Cohen, *Sarah Lawrence College Hit With Title VI Complaint Over Systemic Antisemitism on Campus*, JEWISH INSIDER (March 13, 2024), https://jewishinsider.com/2024/03/sarah-lawrence-college-antisemitism-complaint-sjp-hillel/.

killed in Israel."[3] He left Sarah Lawrence, in part because of the college's "refusal to protect him."[4] Multiple other students have also left Sarah Lawrence or considered doing so because of antisemitism on campus.[5] Meanwhile, last fall students reportedly targeted a Jewish professor at Sarah Lawrence because he is a "staunch advocate of Israel's right to self-defense."[6] These students reportedly waged a boycott campaign and pressured others individually not to take the professor's class.[7]

The Committee is concerned about the role of administrators and faculty in potentially contributing to this environment. For example:

- Two days after the October 7th terrorist attack, Sarah Lawrence's Director of Diversity, Equity, Inclusion, and Belonging (DEIB) invited Jewish students to attend a so-called "solidarity with Palestine" event sponsored by SJP, the same group whose members have allegedly harassed Jewish students on Sarah Lawrence's campus.[8] SJP's own social media post advertising this event featured an image of a bulldozer on October 7th with the caption, "LONG LIVE PALESTINE."[9] The DEIB Director's invitation allegedly caused significant distress to Jewish students as an apparent institutional endorsement of National SJP's position celebrating the terrorist attack as a "historic win."[10]
- Some faculty reportedly supported the November 2024 Westlands occupation by holding classes in the occupied space[11] or by cancelling classes to facilitate students' attendance at the protest.[12] A group of Sarah Lawrence students said that they held the occupation in response to a call by Hamas for "an escalation of solidarity activities."[13]
- In November 2023, a Jewish student attempted to file a complaint against a professor for antisemitic conduct but was allegedly discouraged from doing so by the DEIB office.[14]

---

[3] Cohen, *supra* note 2.

[4] Complaint re: Violation of Title VI of the Civil Rights Act by Sarah Lawrence College, from Baruch Weiss, Couns. for Hillels of Westchester, to Hon. Catherine Lhamon, Assistant Secretary for Civil Rights, Dep't of Educ., at 14 (March 11, 2024) (on file with the Committee).

[5] *Id*. at 6, Exhibit K-1.

[6] Samuel J. Abrams, *Sarah Lawrence College's Answer to Anti-Semitism? Submit a Form and Move On*, MINDING THE CAMPUS (Sep. 5, 2024), https://www.mindingthecampus.org/2024/09/05/sarah-lawrence-colleges-answer-to-anti-semitism-submit-a-form-and-move-on/.

[7] *Id.*

[8] Complaint, at 2, 17, 24, *supra* note 4.

[9] @slc.sjp, INSTAGRAM (Oct. 9, 2023), https://www.instagram.com/p/CyLi_9grBFH/?utm_source=ig_web_button_share_sheet, http://imgur.com/a/kbtWiBj.

[10] Complaint, at 8, *supra* note 4; *Students for Justice in Palestine Endorses Terrorism and 'Dismantling Zionism;' Plans Day of Resistance*, ANTI-DEFAMATION LEAGUE (10.09.2023), https://www.adl.org/resources/article/students-justice-palestine-endorses-terrorism-and-dismantling-zionism-plans-day.

[11] Abrams, *supra* note 1.

[12] Second Supplement to Complaint re: Violation of Title VI of the Civil Rights Act by Sarah Lawrence College, from Baruch Weiss, Couns. for Hillels of Westchester, to Hon. David Schwark, Office for Civil Rights, Dep't of Educ., at 4 (Feb. 20, 2025) (on file with the Committee).

[13] Peter Reitzes, *Sarah Lawrence Has Allowed and Encouraged Antisemitism; I Would Not Send My Own Children There*, ALGEMEINER (Feb. 14, 2025 2:18 PM), https://www.algemeiner.com/2025/02/14/sarah-lawrence-has-allowed-encouraged-antisemitism-i-would-not-send-my-own-children-there/, (citing IMGUR, https://imgur.com/a/Dk7TtCg).

[14] Complaint, at 25, *supra* note 4.

Sarah Lawrence faculty members have also celebrated violence against Jews in online posts:

- On October 8, 2023, Sarah Lawrence professor Emmaia Gelman posted an image of a Hamas bulldozer during the October 7th attack with the caption, "Solidarity with those who break prison walls."[15] Professor Gelman is Director of the Institute for the Critical Study of Zionism, which according to the Anti-Defamation League "frames Zionism as a co-conspirator or relative of ideologies such as Nazism, fascism, racism, sexism, homophobia, capitalism, transphobia and Hindutva (a form of Indian ethno-nationalism), among others."[16]
- Another Sarah Lawrence professor, Suzanne Gardinier, applauded the October 7th attack on Israel and denied that Hamas committed mass rape against Israeli women. She retweeted a post claiming that on and after October 7th, "there was no mass rape, it was all atrocity propaganda."[17]

Hamas is a U.S. designated Foreign Terrorist Organization (FTO) that calls not only for the destruction of Israel but for the murder of the Jewish people.[18] Therefore, when administrators and faculty show support for Hamas' actions, or when they show support for student groups that support Hamas, Jewish students perceive these statements as threatening not only to the state of Israel but to the Jewish people more broadly.[19] Indeed, anti-Zionist student groups across the U.S. have, alongside their anti-Israel advocacy, repeatedly fomented and engaged in antisemitic harassment. At Sarah Lawrence, this pattern appears to have continued. Having students walk around campus fearing that they will be physically assaulted or otherwise attacked creates a hostile environment on campus that Sarah Lawrence would be obligated to respond to under Title VI of the *Civil Rights Act of 1964* (Title VI).

As you know, postsecondary institutions that receive federal funds must maintain a safe learning environment and fulfill all obligations under Title VI and its accompanying regulations. This includes the obligation to promptly address discrimination, including harassment that creates a hostile environment, wherever such circumstances may be found to exist. Under Title VI, even speech that is protected by the First Amendment may contribute to a hostile environment.[20] Title VI requires colleges accepting federal funds to promptly address and eliminate a hostile environment, which could include investigating the incident, condemning the statements made, implementing policy changes such as time, place, and manner restrictions, providing training to combat antisemitism, and other measures. The Committee is seeking to understand whether, as

---

[15] Reitzes, *supra note 11.*

[16] *The Institute for the Critical Study of Zionism: Five Things to Know*, ANTI-DEFAMATION LEAGUE (04.02.2025), https://www.adl.org/resources/article/institute-critical-study-zionism-five-things-know.

[17] Reitzes, *supra* note 11.

[18] Intelligence Resource Program, *The Covenant of the Hamas – Main Points*, Federation of American Scientists (Updated Dec. 14, 2023), https://irp.fas.org/world/para/docs/880818a.htm ("The Day of Judgment will not come about until Moslems fight Jews and kill them. Then, the Jews will hide behind rocks and trees, and the rocks and trees will cry out: 'O Moslem, there is a Jew hiding behind me, come and kill him'"); U.S. DEP'T OF ST., Foreign Terrorist Organizations (last visited May 28, 2025), https://www.state.gov/foreign-terrorist-organizations/.

[19] Complaint, at 8, *supra* note 4.

[20] *See*, *e.g.*, Andrea Jane Martin, *Balancing Freedom of Expression and Equality on College Campuses in the Wake of Intensified Antisemitism,* 90 BROOK. L. REV. 67 (2024), https://brooklynworks.brooklaw.edu/blr/vol90/iss1/2/.

reports suggest, there was or is a hostile environment on Sarah Lawrence's campus and whether the college responded to incidents such as those described in this letter.

Therefore, the Committee reiterates its request for all documents related to disciplinary action taken against students or faculty involved in the November 2024 takeover and occupation of Westlands and the accompanying encampment. Include all documents, including e-mail communications, related to disciplinary action, including but not limited to suspensions, expulsions, and written or verbal reprimands. Please provide these documents by June 25, 2025.

In addition, the Committee requests the following documents to be produced by June 25, 2025:

1. All documents and communications related to reports or complaints of antisemitic acts or incidents received by Sarah Lawrence from January 1, 2022, through the date of your response. For each report or complaint, include documentation showing the college's response, if any, including documents and communications related to whether the report or complaint was investigated and whether a disciplinary or conduct case was opened.

2. All documents and communications from October 7, 2023, through the date of your response, from, to, or in the possession of, the Office of Student DEIB, Office of the President, Office of the Dean of Studies and Student Life, Office of Public Safety and Security, the Office of the Vice President and Dean of Students, or Office of the Provost and Dean of Faculty, referring or relating to: antisemitism; harassment or crimes against Jewish students; violence against Jews, Israelis, or Zionists; or the violent destruction of a Jewish state. This includes documents or communications that refer or relate to:

   a. Students for Justice in Palestine.

   b. The cancellation of classes by faculty or the modification of course materials in support of the Westlands occupation or encampment.

   c. Social media posts by Sarah Lawrence faculty on platforms celebrating violence against Jews, Israelis, or Zionists, including posts that applaud the October 7th attack.

   d. Bullying or harassment of former Sarah Lawrence student Sammy Tweedy.

   e. A Jewish student's November 12, 2023, complaint against a Sarah Lawrence professor for antisemitic conduct.

   f. Coordinated efforts to pressure students not to register for classes taught by Jewish professors.

3. All documents and communications from January 2022 through the date of your response referring or relating to antisemitism awareness training(s) at Sarah Lawrence, including those referring or relating to the drafting of such trainings, any changes made to such

trainings, when such trainings have been offered, and to what groups of individuals such trainings have been offered.

When producing documents, do not alter them in any way, including but not limited to, the application of redactions or watermarks. Additionally, digital copies should be provided in a format that enables their printing and copying.

Congress's oversight powers are derived from the U.S. Constitution and have been repeatedly affirmed by the United States Supreme Court. Under House Rule X, the Committee's legislative and oversight jurisdiction is broad, extending to "education . . . generally" and "laws, programs, and Government activities relating to domestic educational programs and institutions and programs of student assistance within the jurisdiction of other committees."[21] This includes enforcement of Title VI and other antidiscrimination laws by the Department of Education.

Should you have any questions please contact Jenna Berger at jenna.berger@mail.house.gov.

Sincerely,


Tim Walberg
Chairman
Committee on Education and
the Workforce

Burgess Owens
Chairman
Subcommittee on Higher Education and
Workforce Development

---

[21] RULES OF THE HOUSE OF REPRESENTATIVES, 119th Cong. at 7, 10 (Jan. 16, 2025), https://rules.house.gov/sites/evo-subsites/rules.house.gov/files/documents/houserules119thupdated.pdf.