# Exhibit E



Susanne Sachsman Grooms                                              **CONFIDENTIAL**
T: +1 202 776 2358                                                   Via Email
sgrooms@cooley.com


June 25, 2025

The Honorable Tim Walberg
Chairman, Committee on Education and Workforce
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

The Honorable Burgess Owens
Chairman, Subcommittee on Higher Education and Workforce Development
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

Dear Chairman Walberg and Chairman Owens:

My firm, Cooley LLP, and I represent Sarah Lawrence College ("SLC" or the "College") in response to the Committee's letters dated March 27, 2025 and June 11, 2025. The College appreciates the opportunity to answer your questions and has continued to work diligently to respond to your requests.

As follow-up to our prior submissions on behalf of the College, Committee staff asked for more information about the makeup of the student conduct panels and their deliberations. Each student had a separate panel consisting of three members. The College's Dean of Student Life sat on each panel, along with one staff member and one faculty member. College administrators (primarily the Dean of Students, Provost, and Dean of Student Life) selected the faculty and staff members to serve on the conduct panels, taking into consideration their availability and their ability to be impartial and objective.

Conduct panels met with each student. After the hearings concluded, the panelists met to discuss their findings and determine sanctions. Panelists did not impose the sanctions of suspension or a loss of housing for any of the students. This decision was consistent with the understanding conveyed by the Dean of Students to the students during the Westlands occupation that the hearing panels would consider as a mitigating factor the fact that the students eventually complied with health and safety requests and, further, that they would not be removed from housing or suspended as a result of their conduct. We are providing a revised list of student conduct cases (included with this letter at SLC-0000333), to give more detail on the panelists'

# Cooley

The Honorable Tim Walberg
June 25, 2025
Page Two

reasons for finding the nine students responsible and for the sanctions imposed related to the occupation of Westlands and South Lawn encampment. To the best of the College's current knowledge, this list reflects all of the student conduct cases where formal charges were brought and disciplinary action taken since October 7, 2023 and that related to alleged antisemitic incidents, as set forth in the Committee's letter.

Committee staff also requested additional information for several of the previously produced documents. The College provides the following responses based on its current understanding and following additional, good-faith efforts to identify responsive, non-privileged documents and information in response to these additional requests.

- SLC-0000011: As provided in SLC-0000011, on November 23, 2024, the Dean of Students provided details on the College's guest and identification policies which, among other things, requires campus guests to "present their photo ID upon request of any authorized College personnel." The College is not aware whether any such guests were affiliated with any external organizations or institutions.
- SLC-0000013: To date, the College has not been able to locate a response from students to this email.
- SLC-0000018: To date, the College has not been able to locate a response from the College to this email, and, to the best of his recollection, the Dean of Students did not respond. His recap of oral discussions with students is contained in SLC-0000019 and previously produced to the Committee.
- SLC-0000019: SLC-0000019, as well as SLC-0000003 and SLC-0000023, reflect the discussions and understandings between the College and South Lawn encampment participants. While there is no single document that memorializes an agreement between the College and encampment participants, to the best of the College's current knowledge, these are the non-privileged documents memorializing those discussions. Among other things, the Dean of Student's email (SLC-0000019) confirmed to students that the College was not contemplating conduct charges against students for participating in the South Lawn encampment itself. However, while mere participation in the encampment would not subject a student to discipline, students were subject to conduct charges for policy violations that occurred during the encampment.
- Group Excellence Awards: As explained in the College's April 22, 2025 letter, a student group need only receive a single nomination to be considered for an award. The Office of Student Involvement & Leadership is responsible for selecting award recipients and, in Spring 2024, all of the student groups that were nominated received an award. Documents

# Cooley

The Honorable Tim Walberg
June 25, 2025
Page Three

accompanying this letter [including pages SLC-0000270 to SLC-0000283] reflect responses to SLC-0000037 and, to the best of the College's current knowledge, SLC-0000043, SLC-0000046, and SLC-0000049 were the only nominations for SLC SJP. The "script/blurb" for the Student Organization Leadership Awards Ceremony as it pertains to SJP can be found in the document beginning with Bates stamp SLC-0000295 at page SLC-0000318.

In providing these documents, the College does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objection to the Committee's requests. We additionally ask, as a professional courtesy, that the Committee communicate with us prior to any public release of the College's documents or information within them to provide us with an opportunity to identify specific sensitivities and request additional redactions.

If you have any questions regarding this matter, or need any additional information, please do not hesitate to contact me.

Sincerely,

Susanne Sachsman Grooms

Enclosures

CC:

The Honorable Robert C. "Bobby" Scott
Ranking Member, Committee on Education and the Workforce