# Exhibit F



Susanne Sachsman Grooms                                          **CONFIDENTIAL**
T: +1 202 776 2358                                                        Via Email
sgrooms@cooley.com

July 16, 2025

The Honorable Tim Walberg
Chairman, Committee on Education and Workforce
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

The Honorable Burgess Owens
Chairman, Subcommittee on Higher Education and Workforce Development
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

Dear Chairman Walberg and Chairman Owens:

My firm, Cooley LLP, and I represent Sarah Lawrence College ("SLC" or the "College") in response to the Committee's letters dated March 27, 2025 and June 11, 2025. The College appreciates the opportunity to answer your questions and has continued to work diligently to respond to your requests.

As part of the College's good-faith efforts to comply with the Committee's requests, we are producing today materials responsive to the Committee's June 11, 2025 letter, enclosed herein and Bates numbered SLC-0000338 through SLC-0000780, and we are continuing to work on further productions of documents and information identified by the Committee as priorities. This production contains responsive, non-privileged documents that we have identified through a reasonable process based on our understanding of your requests and with information directly related to students redacted consistent with federal privacy protections.

As you will see from today's production, in fall 2024, during a Sarah Lawrence professor's "open enrollment" interview session with students, an anonymous individual posted on a Zoom chat a statement informing students of an effort to organize a boycott of the professor's classes, which is produced at SLC-0000339. Upon learning of this, the College encouraged the professor to file a bias complaint (SLC-0000349), but the professor did not do so. The College's information-technology department attempted to identify the involved individual(s) but could not do so because the professor had used a personal Zoom account, rather than a Sarah Lawrence Zoom account, to host the meeting. In an attempt to identify the individual(s) involved, the College also offered to connect the professor with someone from the IT department who might be able to pull the chat logs from the professor's personal Zoom

# Cooley

The Honorable Tim Walberg
July 16, 2025
Page Two

account (SLC-0000352). To the best of the College's knowledge, the professor did not follow up about his Zoom account. Because the individual(s) who disrupted the enrollment interview session ultimately could not be identified, no disciplinary process was possible. The professor's classes were fully enrolled that semester.

We are also producing communications relating to a training planned for August 2024. The final version of that training is produced at SLC-0000748.

In providing these documents, the College does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objection to the Committee's requests. We additionally ask, as a professional courtesy, that the Committee communicate with us prior to any public release of the College's documents or information within them to provide us with an opportunity to identify specific sensitivities and request additional redactions.

If you have any questions regarding this matter, or need any additional information, please do not hesitate to contact me.

Sincerely,

Susanne Sachsman Grooms

Enclosures

CC:

The Honorable Robert C. "Bobby" Scott
Ranking Member, Committee on Education and the Workforce