# Exhibit G

# Cooley

Susanne Sachsman Grooms                                   **CONFIDENTIAL**
T: +1 202 776 2358                                        Via Email
sgrooms@cooley.com


August 6, 2025

The Honorable Tim Walberg
Chairman, Committee on Education and Workforce
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

The Honorable Burgess Owens
Chairman, Subcommittee on Higher Education and Workforce Development
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

Dear Chairman Walberg and Chairman Owens:

My firm, Cooley LLP, and I represent Sarah Lawrence College ("SLC" or the "College") in response to the Committee's letters of March 27, 2025 and June 11, 2025. The College appreciates the opportunity to answer your questions and has continued to work diligently to respond to your requests.

As part of the College's good-faith efforts to comply with the Committee's requests, we are producing materials responsive to the Committee's June 11, 2025 letter, enclosed herein and Bates numbered SLC-0000781 through SLC-0000786. In addition, we are producing a chart Bates numbered SLC-0000787 through SLC-0000790 that provides information about reports where a Bias Incident Reporting Form was filed that relate to a report or complaint of antisemitic acts or incidents. This chart was created for the Committee in response to request number 1 of your June 11, 2025 letter and reflects our current understanding based on available records. This production contains responsive, non-privileged information that we have identified through a reasonable process based on our understanding of your requests and priorities, and with information directly related to students redacted consistent with federal privacy protections.

In providing these documents and information, the College does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objection to the Committee's requests. We additionally ask, as a professional courtesy, that the Committee communicate with us prior to any public release of the College's documents or information within them to provide us with an opportunity to identify specific sensitivities and request additional redactions.

# Cooley

The Honorable Tim Walberg
August 6, 2025
Page Two

      If you have any questions regarding this matter, or need any additional information, please do not hesitate to contact me.

Sincerely,

Susanne Sachsman Grooms

Enclosures

CC:

The Honorable Robert C. "Bobby" Scott
Ranking Member, Committee on Education and the Workforce

Cooley LLP   1299 Pennsylvania Avenue NW   Suite 700   Washington, DC   20004-2400
t: +1 202 842 7800  f: +1 202 842 7899  cooley.com