# Exhibit J



Susanne Sachsman Grooms                                          **CONFIDENTIAL**
T: +1 202 776 2358                                                      Via Email
sgrooms@cooley.com


November 4, 2025

The Honorable Tim Walberg
Chairman, Committee on Education and the Workforce
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

The Honorable Burgess Owens
Chairman, Subcommittee on Higher Education and Workforce Development
House of Representatives
2176 Rayburn House Office Building
Washington, DC 20515-6100

Dear Chairman Walberg and Chairman Owens:

My firm, Cooley LLP, and I represent Sarah Lawrence College ("SLC" or the "College") in response to the Committee's letters of March 27, 2025, and June 11, 2025. The College appreciates the opportunity to answer your questions and has continued to work diligently to respond to your requests.

As follow-up to our prior submissions on behalf of the College, Committee staff requested additional information for several of the previously produced documents. The College provides the below responses based on its current understanding and following additional, good-faith efforts to identify responsive, non-privileged documents and information to address these additional requests:

- The presentation at SLC-0001968 was provided in January 2024 to resident advisors, academic peer mentors for first year and transfer students, and incoming students.
- The presentation at SLC-0000748 was provided in Summer 2024 to all incoming and transfer students. This is the training referred to in SLC-0001617.
- The presentation included in today's production at SLC-0002199 was provided in Summer 2025 to all incoming and transfer students and is the most recent training provided. The presentation references the Jerusalem Declaration on Antisemitism.
- To the best of the College's current knowledge, the first professor on the recipient address of the email at SLC-0001813 was on sabbatical at the time and did not respond.
- The redacted portions of SLC-0000699 and SLC-0001709 contain personally identifiable information related to a specific student.

# Cooley

The Honorable Tim Walberg
November 4, 2025
Page Two

- Today's production includes three additional responses to the email at SLC-00001553 (see SLC-0002209, SLC-0002211, and SLC-0002212). To the best of the College's current knowledge, this represents the full chain of responses to SLC-0001553.
- The document at SLC-0001570 was a draft email by the College's Dean of Students that, to the best of his current recollection, was never sent. We also did not find any records indicating that this email was sent.

As part of the College's continued efforts to comply with the Committee's requests, we are also producing additional materials responsive to the Committee's June 11, 2025 letter and follow up requests from Committee staff, enclosed herein and Bates numbered SLC-0002003 to SLC-0002213. This production contains responsive, non-privileged information that we have identified through a reasonable process based on our understanding of your requests and priorities, and with information directly related to students redacted consistent with federal privacy protections.

In providing these documents and information, the College does not waive, nor does it intend to waive, any of its rights or privileges with respect to this inquiry, including any applicable attorney-client, work product, or other evidentiary privilege, or any objection to the Committee's requests. We additionally ask, as a professional courtesy, that the Committee communicate with us prior to any public release of the College's documents or information within them to provide us with an opportunity to identify specific sensitivities and request additional redactions.

If you have any questions regarding this matter, or need any additional information, please do not hesitate to contact me.

Sincerely,

Susanne Sachsman Grooms

Enclosures

CC:

The Honorable Robert C. "Bobby" Scott
Ranking Member, Committee on Education and the Workforce