UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUZANNE GARDINIER, MAEVE AICKIN, NAZIRA
ATALLA, EMILY CARLISLE, SANA CHEEMA,
VEGA BARRADA GULLETTE, RIZIKI MBUGUA,
LIAM SHARIF MONTAGUE, LINCOLN
RICHARDSON, NORA TUCKER-KELLOGG, and
NURAH ABDULHAQQ,

                    **NOTICE OF MOTION**

                  Plaintiffs,             Case No.: 7:25-cv-06442-CS

       -vs-

SARAH LAWRENCE COLLEGE, THE HOUSE
COMMITTEE ON EDUCATION AND THE
WORKFORCE and TIM WALBERG,

                  Defendants.

---

**PLEASE TAKE NOTICE** that upon the attached Declaration of Joanna Silver, Esq., dated April 20, 2026, with Exhibits A and B thereto, the attached Declaration of Joshua M. Agins, Esq., dated April 20, 2026, with Exhibits C through E thereto, the accompanying Memorandum of Law, dated April 20, 2026, and all pleadings and proceedings had herein, defendant Sarah Lawrence College, will move this Court, at a date and time to be set by the Court, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, before the Honorable Cathy Seibel, United States District Judge, for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and all related and applicable legal precedent, dismissing Plaintiffs' Amended Complaint and granting such other and further relief as the Court deems just.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's March 6, 2026 Minute Entry, plaintiff's opposition, if any, must be filed on or before May 20, 2026 and defendant Sarah

Lawrence College must serve its reply papers, if any, on or before June 10, 2026.

Dated: April 20, 2026                    **HODGSON RUSS LLP**

*Attorneys for Sarah Lawrence College*

By:    s/ Joshua M. Agins
           Joshua M. Agins
           Molly F. Plewinski*

           1800 Bausch & Lomb Place
           Rochester, New York 14604
           (585) 454-0700
           jagins@hodgsonruss.com
           mplewinski@hodgsonruss.com

           *SDNY Admission Pending