UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Suzanne Gardinier, Maeve Aickin, Nazira Atalla,
Emily Carlisle, Sana Cheema,
Vega Barrada Gullette,
Riziki Mbugua, Liam Sharif Montague,
Lincoln Richardson, Nora Tucker-Kellogg,
and Nurah Abdulhaqq,

Plaintiffs,

v.                                                          Case No. 7:25-cv-06442-CS

Sarah Lawrence College,
The House Committee on
Education and the Workforce
and Tim Walberg,

Defendants.

---

### <u>DECLARATION OF JOANNA SILVER</u>

Joanna Silver, under penalty of perjury and pursuant to 28 U.S.C. section 1746, declares the following to be true and correct:

1.      I am the General Counsel of Sarah Lawrence College ("SLC" or the "College"). I submit this Declaration in support of SLC's motion to dismiss.

2.      I am fully familiar with the facts set forth below and I make this Declaration based on my personal knowledge and College records.

3.      In late March 2025, the College's President and Chair of its Board of Trustees received a letter, dated March 27, 2025 (the "3/27/2025 Letter"), from the U.S. House of Representatives Committee on Education and Workforce (the "Committee"), requesting four categories of documents and information from the College. A copy of the 3/27/2025 Letter is attached as Exhibit A.

4.      The College promptly retained outside counsel to represent it in connection with the 3/27/2025 Letter and the Committee's investigation.

5.      In mid-June 2025, the Committee sent a second letter, dated June 11, 2025 (the "6/11/2025 Letter"), requesting three additional categories of documents. A copy of the 6/11/2025 Letter is attached as Exhibit B.

6.      In response to these Letters, the College, through its outside counsel, made rolling document productions to the Committee. The last production was made in December 2025. In a February 2, 2026 letter to the Court in this case, counsel for the congressional defendants informed the Court that "the Committee does not have any pending or future requests for" the College. Dkt. 20. Consistent with that representation, the Committee has made no further requests. Accordingly, the College has no intention of producing any additional documents to the Committee in connection with this matter.

7.      Although the Committee in its 3/27/2025 Letter requested "documents related to disciplinary action taken against students or faculty involved in the November 2024 takeover and occupation of Westlands and the accompanying encampment[,]" *see* Ex. A at p. 3, the College took the position that it would not produce student disciplinary records and did not do so.

8.      In the Letters, the Committee directed the College that, "[w]hen producing documents, do not alter them in any way, including but not limited to the application of redactions or watermarks." Since the outset of the Committee's inquiry, however, the College has redacted all student names and identifying information in accordance with the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g; 34 CFR Part 99.

2

9.    The College's outside counsel thoroughly reviewed each document and redacted student names and identifying information before producing to the Committee.

10.    I am not aware of any document that the College produced to the Committee with an unredacted student name or identifying information.

Executed On:  April 20, 2026

_____
Joanna Silver