UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SUZANNE GARDINIER, MAEVE AICKIN, NAZIRA
ATALLA, EMILY CARLISLE, SANA CHEEMA,
VEGA BARRADA GULLETTE, RIZIKI MBUGUA,
LIAM SHARIF MONTAGUE, LINCOLN
RICHARDSON, NORA TUCKER-KELLOGG, and
NURAH ABDULHAQQ,

               Plaintiffs,

     -vs-

SARAH LAWRENCE COLLEGE, THE HOUSE
COMMITTEE ON EDUCATION AND THE
WORKFORCE and TIM WALBERG,

               Defendants.

_____

**DECLARATION OF
JOSHUA M. AGINS, ESQ.**

Case No.: 7:25-cv-06442-CS

Joshua M. Agins, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that:

1.     I am an attorney admitted to practice before this Court and am a partner in the law firm of Hodgson Russ LLP, attorneys for defendant Sarah Lawrence College (the "College").

2.     I make this Declaration in support of the College's Motion to dismiss Plaintiffs' Amended Complaint.

3.     Attached as Exhibit C[1] is a report entitled "How Campuses Became Hotbeds: The Rise of Radical Antisemitism on College Campuses," issued by the House Committee on Education & Workforce, on March 17, 2026. The report is hyperlinked via the House Committee's website, available at: https://www.dropbox.com/scl/fi/kw4w8wuxj9ecwpevss7gp/How-Campuses-Became-Hotbeds-the-Rise-of-Radical-Antisemitism-on-College-

_____

[1] Exhibits A and B to the College's Motion to dismiss are attached to the Declaration of Joanna Silver, dated April 20, 2026.

1

Campuses.pdf?rlkey=tsuha6vybakp5oq1xhto1euth&e=3&st=08c027lp&dl=0 (last accessed Apr. 20, 2026).

4.      Attached as Exhibit D is an article entitled "College students, agitators and a Hamptons brat among 86 arrested at rowdy NYC anti-ICE protest," written by Georgett Roberts, Patrick Reilly, and Jorge Fitz-Gibbon, and published in the New York Post on June 11, 2025. The article is available at: https://nypost.com/2025/06/11/us-news/college-students-agitators-and-a-hamptons-brat-among-86-arrested-at-rowdy-nyc-anti-ice-protest/ (last accessed Apr. 20, 2026).

5.      Attached as Exhibit E is an article entitled "15 people arrested after anti-Israel activists block Brooklyn Bridge," published by the Jewish News Syndicate on February 14, 2024. The article is available at: https://www.jns.org/israel-news/15-people-arrested-after-anti-israel-activists-block-brooklyn-bridge (last accessed Arp. 20, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2026

s/ Joshua M. Agins
Joshua M. Agins

2